# KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Matthew Cohen, Esq.
mcohen@kaufmandolowich.com

September 11, 2025

**VIA ECF**
Hon. Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza,
Central Islip, New York 11722

> Re:    *Oscar Rolando Sierra Reyes v. Water Works Group, Inc., Gary Ramis, and Lawrence Ramis*
> *Civil Action No.:  2:24-cv-06074(OEM)(AYS)*

Dear Magistrate Judge Shields:

This firm represents Defendants Water Works Group, Inc., Gary Ramis, and Lawrence Ramis (collectively, the "Defendants") in the above-referenced matter.  Pursuant to Your Honor's Order dated September 4, 2025, we respectfully submit this letter motion to be relieved as counsel for Defendants and for a related 30-day stay of all deadlines scheduled in this matter.

Local Civil Rule 1.4 permits the Court to relieve an attorney as counsel "upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its position, if any, on the calendar, and whether or not the attorney is asserting a retaining or charging lien."  When considering whether to grant a motion to be relieved as counsel, Courts analyze two factors: (1) "the reasons for withdrawal" and; (2) "the impact of the withdrawal on the timing of the proceeding."  *Battino v. Cornelia Fifth Ave., LLC*, 2013 WL 4779635, 1 (S.D.N.Y. 2013).

Here, we respectfully request that our firm, Kaufman Dolowich LLP, be relieved as counsel for Defendants due to Defendants' failure to pay outstanding legal fees.[1]  This failure to pay outstanding legal fees constitutes good cause for Kaufman Dolowich LLP to be relieved as counsel.  *See Coreas v. Angeles Beauty Salon Inc.*, 2025 WL 2308862, 2 (E.D.N.Y. 2025) ("a client's failure to pay attorneys' fees constitutes good cause warranting the attorney to withdraw.") In addition, our firm's withdrawal at this stage of the litigation will not cause any major delay of this action or prejudice to either side since Plaintiffs' counsel expressed an interest in trying to reschedule mediation and since the matter is still in an early phase of discovery.

---

[1] Defendants' failure to pay outstanding legal fees is discussed in more detail in the *ex parte* and sealed Declaration of Matthew Cohen, Esq. in Support of Motion to Be Relieved as Counsel.

Hon. Anne Y. Shields
September 11, 2025
Page **2** of **2**

      Therefore, in accordance with the foregoing, we respectfully request that the Court enter an Order: (a) relieving Kaufman Dolowich LLP as counsel for Defendants and (b) staying this action for 30 days to afford Defendants an opportunity to find new counsel.

      We thank Your Honor for your consideration of this request.

                      Respectfully submitted,
                      Kaufman Dolowich LLP

                      Matthew Cohen